**Olga MARTINEZ–CANALES,
Petitioner**

v.

**Loretta E. LYNCH, Attorney General
of the United States,
Respondent.**

**No. 15–1610.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 18, 2016.

Filed: Feb. 23, 2016.

Olga Martinez–Canales, Storm Lake, IA, pro se.

---

Lisa Damiano, Shahrzad Baghai, Karen Yolanda Drummond, Carl H. McIntyre, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Salvadoran citizen Olga Martinez-Canales petitions for review of an order of the Board of Immigration Appeals, which dismissed her appeal from the decision of an immigration judge denying asylum and withholding of removal. In her supporting brief, Martinez-Canales raises an ineffective-assistance-of-counsel claim, but this administratively unexhausted claim is not properly before us. *See Ateka v. Ashcroft*, 384 F.3d 954, 957 (8th Cir.2004) (exhaustion of administrative remedies).

As for the asylum and withholding-of-removal claims, we conclude that substantial evidence on the record as a whole supports the finding that Martinez-Canales failed to show past persecution in El Salvador, or a well-founded fear of future persecution there, due to one of the five protected grounds: race, religion, nationality, membership in a particular social group, or political opinion. *See De Castro–Gutierrez v. Holder*, 713 F.3d 375, 379–81 (8th Cir.2013). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.